UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BUYERS CLUB LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DOE-73.202.228.252,<br><br>  Defendant. | Case No. 16-cv-00858-PSG<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO RELATE CASE**<br><br>**(Re: Docket No. 6)** |

Before the court is a motion by Plaintiff Dallas Buyers Club LLC to relate this case to two earlier-filed cases in this district.[1]  Under Civ. L.R. 3-12(b), any such motion must be "file[d] in the lowest-numbered case" to which the movant believes the case is related.  Because Dallas Buyers Club has not satisfied this requirement, the motion is DENIED without prejudice to renewal using the correct procedural mechanism.

**SO ORDERED.**

Dated: February 29, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 6; *see also* Case No. 3:15-cv-05312-LB; Case No. 3:15-cv-05537-LB.