UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**,<br><br>        Plaintiff,<br>v.<br><br>**DOE-73.202.228.252**<br><br>        Defendant. | Case No.:  5:16-cv-00858-PSG<br><br>ORDER ON PLAINTIFF'S EX PARTE MOTION TO EXPEDITE DISCOVERY |

1. Plaintiff may serve a subpoena on Defendant's ISP, Comcast Cable, seeking the name and address of the subscriber assigned to Defendant's IP address.

2. The subpoena must provide a minimum of forty-five (45) days' notice before any production and shall be limited to one category of documents identifying the particular subscriber listed on Exhibit 1 to Plaintiff's Complaint. (ECF No. 1-1.) The requested information should be limited to the name and address of the subscriber. Comcast Cable may seek a protective order if it determines there is a legitimate basis for doing so.

3. Comcast Cable shall have fourteen (14) calendar days after service of the subpoena to notify the subscriber that his or her identity has been subpoenaed by Plaintiff. The subscriber whose identity has been subpoenaed shall then have thirty (30) calendar days from the date of the notice to seek a protective order or file any other responsive pleading.

4. Plaintiff shall serve a copy of this Order and the Order granting plaintiff leave to serve the attached subpoena (Dkt. No.4) with any subpoena obtained and served pursuant to this Order to Comcast Cable. Comcast Cable, in turn, must provide a copy of this Order along with the required notice to the subscriber whose identity is sought pursuant to this Order.

5. No other discovery is authorized at this time.

**IT IS SO ORDERED.**

DATED: March 24, 2016

                                               Paul Singh Grewal
                                               United States Magistrate Judge

Prepared and Submitted By:
/s/ James S. Davis
James S. Davis Cal Bar No. 207963
E-mail:  Jamesdee3080@msn.com
(619) 934-4600
Of Attorneys for the Plaintiff